THE STATE *v.* RYMAN.—In Error.

INDICTMENT against the defendant in error. The indictment charges that at, &c., the defendant did "unlawfully and knowingly keep, suffer, and permit his house," &c., to be occupied for gaming. The Circuit Court quashed the indictment on the motion of the defendant.

The objection made to the indictment is, that it charges two offences, namely, *the keeping* and *the suffering a house to be kept* for gaming. This objection cannot be sustained. *Dormer* v. *The State*, at this term (1).

The judgment is reversed with costs. Cause remanded, &c.

*D. Wallace*, for the state.

*S. B. Gookins*, for the defendant.

(1) See *ante*, p. 308.